**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bug Art Limited

                                                Plaintiff,

v.                                                          Case No.:
                                                             1:25−cv−13857
                                                             Honorable Charles P.
                                                             Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 24, 2026:

        MINUTE entry before the Honorable Charles P. Kocoras: Upon Plaintiff's report of full satisfaction of judgment [65], the Court, pursuant to LR 58.1, enters the satisfaction of judgment as to Defendants Shande Western, Acase luckyshop, and Seven geese. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.